# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| PTSI Managed Services, Inc. ) | ASBCA No. 60478 |
| ) | |
| Under Contract No. HM0176-10-C-0006 ) | |

APPEARANCES FOR THE APPELLANT:   Michael R. Rizzo, Esq.
Mary E. Buxton, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:   William Medsger, Esq.
  Division Chief
Kenneth W. Sachs, Esq.
Marci A. Lawson, Esq.
  Trial Attorneys
  National Geospatial Intelligence Agency
  Springfield, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 October 2017

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60478, Appeal of PTSI Managed Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals